Pritchard. R. L. Pritchard, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs.

NELSON, Appellant, v. CROSSMAN, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Joseph A. Nelson against Lizzie Crossman, as administratrix. J. J. Fitzgerald, for appellant. H. A. Heydt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK LIFE INS. & TRUST CO. v. HARRIOTT et al. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by the New York Life Insurance & Trust Company against Samuel C. Harriott and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

In re NEW YORK & N. S. RY. CO. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) In the matter of the application of the New York & North Shore Railway Company for a peremptory writ of mandamus against Robert Grier Monroe, as commissioner, etc. No opinion. Order affirmed, with $10 costs and disbursements.

NIAGARA COUNTY, Respondent, v. FIDELITY & DEPOSIT CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by the County of Niagara against the Fidelity & Deposit Company of Maryland, impleaded with John C. Lammerts. No opinion. Judgment affirmed, with costs.

NICHOLS, Respondent, v. WHITEHALL LUMBER CO., Limited, Appellant. Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by James E. Nichols, as trustee, etc., against the Whitehall Lumber Company, Limited. No opinion. Judgment unanimously affirmed, with costs.

NOLAN, Appellant, v. NOLAN, Respondent. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Ann Nolan against Michael Nolan. No opinion. The court desires to see counsel on both sides in this case at the opening of court on Monday, November 16, 1903.

NOLAN, Appellant, v. NOLAN, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Ann Nolan against Michael Nolan. No opinion. Motion to dismiss appeal granted, without costs.

NOONE, Respondent, v. UTICA & M. V. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by Maria Noone against the Utica & Mohawk Valley Railway Company. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the
84 N.Y.S.—72

appellant to abide event, upon the facts. Held, that the verdict of the jury was against the weight of the evidence.

NORTHRUP, Respondent, v. HEALY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Charles R. Northrup against Henry H. Healy.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the trial court committed error prejudicial to the defendant in refusing to charge, at the request of his counsel, that if Mr. Barnum, the attorney for the plaintiff, advised the defendant, in the presence of the plaintiff, to give up the note in suit to Mr. Tilley, the maker thereof, and the plaintiff did not object thereto, but remained silent, the jury might find the cause of his failure to speak or protest against such advice, that he was estopped from questioning the subsequent surrender of said note to Tilley by the defendant.
WILLIAMS, J., dissents. STOVER, J., not voting.

NORTON, Respondent, v. HARTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by George W. Norton against Frederick J. Harter.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change the place of trial granted, with $10 costs to abide event. Held, that under the circumstances of this case the place where the cause of action arose should control as to the place of trial.

In re O'BRIEN. (Supreme Court, Appellate Division, First Department. October 16, 1903.) In the matter of Robert O'Brien, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs.

O'BRIEN, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by William I. O'Brien against Thomas M. Walker. S. C. Carlton for appellant. J. Nicolson, for respondent. No opinion. Judgment and order affirmed, with costs.

OETHOUT, Respondent, v. KERR, Appellant, et al. (Supreme Court, Appellate Term. June 22, 1903.) Action by Samuel N. Oethout against Emily W. Kerr and another. From an order denying defendant Kerr's motion to vacate an order for substituted service, she appeals. Affirmed. Charles W. Dayton, for appellant. Joseph M. Williams, for respondent.
PER CURIAM. The defendant made a motion to vacate an order for substituted service, which was denied. Defendant appeals. The affidavits sufficiently show that defendant was a resident of the state and was avoiding service. We find no abuse of discretion on the part